IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS W. CUNNINGHAM,

    Petitioner,

v.                                                              No. CV 18-0007 KG/CG

ATTORNEY GENERAL of the
STATE OF NEW MEXICO,

    Respondent.

## FINAL JUDGMENT

THE COURT, having issued an Order adopting the *Proposed Findings and Recommended Disposition* of Chief United States Magistrate Judge Carmen E. Garza, (Doc. 12), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Petitioner's *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody*, (Doc. 1), is DENIED, and this case is DISMISSED WITH PREJUDICE. Additionally, pursuant to Rule 11 of the Rules Governing Section 2254 Proceedings for the United States District Courts, the Court DENIES a certificate of appealability.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE